AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of California

Maria Ortiz, et al.
*Plaintiff*
v.
Astrana Health Management, Inc., et al.
*Defendant*

) Case No. 2:26-cv-11151

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Astrana Health Management, Inc. and Astrana Health, Inc. .

Date: 10/21/2026

/s/ Edgar F. Navarrete
*Attorney's signature*

Edgar F. Navarrete (SBN 322662)
*Printed name and bar number*

Mullen Coughlin
515 South Flower Street, 18th and 19th Floors
Los Angeles, CA 90071
*Address*

enavarrete@mullen.law
*E-mail address*

(267) 930-5368
*Telephone number*

*FAX number*